1  **STEVEN M. BURRIS, ESQ.**
   Nevada Bar No. 000603
2  sb@steveburrislaw.com
   **ANDREW J. THOMAS, ESQ.**
3  Nevada Bar No. 000017
   at@steveburrislaw.com
4  **LAW OFFICES OF STEVEN M. BURRIS**
   2810 W. Charleston Boulevard, Suite F-58
5  Las Vegas, Nevada 89102
   (702) 258-6238 - Telephone
6  (702) 258-8280 - Facsimile

7  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LISA CAIN-AMENT, an individual, | Case No. 2:19-cv-01052-RFB-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WALGREEN CO. d/b/a WALGREENS #3842, a Foreign Corporation; CAMBER PHARMACEUTICALS INC, a Foreign Corporation; DOES I through X; and, ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Plaintiff, LISA CAIN-AMENT, by and through her counsel of record, LAW OFFICES OF STEVEN M. BURRIS, and Defendants, WALGREEN CO. d/b/a WALGREENS #3842 and CAMBER PHARMACEUTICALS INC, by

. . .
. . .
. . .
. . .
. . .
. . .

Page 1 of  2

*Lisa Cain-Ament v. Walgreen Co., et al.*
Case No. 2:19-cv-01052-RFB-BNW

and through their counsel of record, LEWIS ROCA ROTHGERBER CHRISTIE LLP and REED SMITH LLP, that this matter be dismissed with prejudice, each party to bear their own attorney fees and costs.

DATED this 19th day of August, 2020.                DATED this 19th day of August, 2020.

LAW OFFICE OF STEVEN M. BURRIS              REED SMITH LLP

By: */s/ Steven M. Burris, Esq.*
Steven M. Burris, Esq.
Nevada Bar No. 000603
sb@steveburrislaw.com
Andrew J. Thomas, Esq.
Nevada Bar No. 000017
at@steveburrislaw.com
2810 W. Charleston Blvd., Suite F-58
Las Vegas, Nevada 89102
*Attorney for Plaintiff*
*LISA CAIN-AMENT*

By: */s/ Melissa A. Geist, Esq.*
Melissa A. Geist, Esq.
(Admitted *Pro Hac Vice*)
136 Main Street - Suite 250
Princeton, New Jersey 08540-7839

LEWIS ROCA ROTHGERBER
   CHRISTIE LLP

By: */s/ J. Christopher Jorgensen, Esq.*
J. Christopher Jorgensen, Esq.
Nevada Bar No. 005382
Matthew R. Tsai, Esq.
Nevada Bar No. 014290
3993 Howard Hughes Pkwy., Suite 500
Las Vegas, Nevada 89169

*Attorneys for Defendants*
*WALGREEN CO.*
*d/b/a WALGREENS #3842 and*
*CAMBER PHARMACEUTICALS INC.*

## **ORDER**

Upon stipulation of the parties, it is hereby:

ORDERED, ADJUDGED AND DECREED that the above-entitled case is hereby dismissed with prejudice, each party to bear their own costs and fees.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 20th day of August, 2020.